821 A.2d 582

**COMMONWEALTH of Pennsylvania, Appellee,**

**v.**

**James Peter WAGNER, Appellant.**

Supreme Court of Pennsylvania.

March 26, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of March, 2003, the order of the Commonwealth Court is affirmed.